**Danny KELLY, Plaintiff–Appellant**

v.

**STATE FARM FIRE & CASUALTY COMPANY, Defendant–Appellee.**

No. 12–31064.

United States Court of Appeals,
Fifth Circuit.

May 29, 2015.

Frank Tomeny, III, Esq., Tomeny Law Firm, A.P.L.C., Baton Rouge, LA, Lee A. Archer, Esq., Law Office of Lee A. Archer, Lake Charles, LA, for Plaintiff–Appellant.

Henry Gerard Terhoeve, Stephen Dale Cronin, Guglielmo, Marks, Schutte, Terhoeve & Love, Baton Rouge, LA, for Defendant–Appellee.

Before HIGGINBOTHAM, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Plaintiff-appellant Danny Kelly appealed the district court's grant of summary judgment to defendant-appellee State Farm Fire & Casualty Company ("State Farm"). We certified two dispositive questions of state law to the Supreme Court of Louisiana. *Kelly v. State Farm Fire & Cas. Co.,* 582 Fed.Appx. 290 (5th Cir.2014) (per curiam). The Supreme Court of Louisiana answered these two questions in a thorough opinion. *Kelly v. State Farm Fire & Cas. Co.,* —— So.3d ——, No. 2014–CQ–

---

1921, 2015 WL 2082540 (La. May 5, 2015). Among other things, this opinion undermines the district court's determination that Kelly's claims were precluded because State Farm never received a firm settlement offer. Accordingly, we VACATE the judgment of the district court and REMAND for further proceedings consistent with the opinion of the Supreme Court of Louisiana.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under